IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES F. CURRAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5919 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : : | |
| Defendant. | : | |

**MCHUGH, J.**                                                                                                         **APRIL 7, 2015**

## ORDER

This 7th day of April, 2015, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** in its entirety. The clerk of court shall close this case for statistical purposes.

                                                                                         /s/ Gerald Austin McHugh
                                                                          United States District Court Judge